IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CYCLOPS VAPOR 2, LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv556-MHT |
| | ) | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motion for summary judgment (doc. no. 21) is denied with leave to renew.

DONE, this the 25th day of September, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**